FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 1 4 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>Sanchez, Jorge<br>DEFENDANT(S). | CASE NUMBER  SA 10 - 359m<br>SA 10 - 358m<br><br>ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of __def_____, IT IS ORDERED that a detention hearing is set for __Thursday, 9/16/10_____, at __2:00__ ☐ a.m. / ☒ p.m. before the Honorable __Robert N Block_____, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __9/14/10__

_____
U.S. District Judge/Magistrate Judge